# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

HATTIE AGNEW, individually, (PLEASE SEE ATTACHMENT)

E-filing **SUMMONS IN A CIVIL CASE**

v.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), and DOES 1 through 100,

CASE NUMBER:

CV 08 1687 CRB

**TO:** (Name and address of defendant)

Pfizer, Inc.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE MAR 27 2008

NDCAO440

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

HATTIE AGNEW, individually, (PLEASE SEE ATTACHMENT)

E-filing

SUMMONS IN A CIVIL CASE

V.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.) and DOES 1 through 100,

CASE NUMBER:

CV 08 4687


CRB

TO: (Name and address of defendant)
Pharmacia Corp.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 27 2008

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

NDCAO440

MARY ANN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

HATTIE AGNEW, individually, (PLEASE SEE ATTACHMENT)

E-filing    **SUMMONS IN A CIVIL CASE**

**V.**

**CASE NUMBER:**

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.) and DOES 1 through 100,

 

**TO:** (Name and address of defendant)
G.D. Searle & Co.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**CRB**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
**CLERK**

DATE

(BY) DEPUTY CLERK

NDCAO440

MARY ANN BUCKLEY