1  THOMAS V. GIRARDI - BAR NO. 36603
   V. ANDRE SHERMAN - BAR NO. 198684
2  Girardi | Keese
   1126 Wilshire Boulevard
3  Los Angeles, California 90017
   Telephone (213) 977-0211
4  Facsimile: (213) 481-1554
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 08-1687 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Hattie Agnew, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Martyle Barwick, Redith Blevins, Christopher Campbell, Carman Delgado, Martha Holmes, Betty Landry, Louis Lesser, Dawn Scott, Virginia Shrimpton, Betty Jo Moody, Joel Albano, Candy Baer, Mary Combs, Barbara Anders for Baby Anders, Clifton Frank Slaughter for Kathleen Slaughter, Michael Stanton for Helen Stanton, Sheron Swift for Esther Aileen Aguilar-Rivera in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 3-9, 2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**