1 THOMAS V. GIRARDI - BAR NO. 36603
  V. ANDRE SHERMAN - BAR NO. 198684
2 Girardi | Keese
  1126 Wilshire Boulevard
3 Los Angeles, California 90017
  Telephone (213) 977-0211
4 Facsimile: (213) 481-1554
  Attorneys for Plaintiffs
5

6

7

8            UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 IN RE: BEXTRA AND CELEBREX          Case No. : 08-1687 CRB
   MARKETING SALES PRACTICES AND
13 PRODUCT LIABILITY LITIGATION        MDL NO. 1699
                                       District Judge: Charles R. Breyer
14
   Hattie Agnew, et al.,
15
                        Plaintiffs
16                                     STIPULATION AND ORDER OF
   vs.                                 DISMISSAL WITH PREJUDICE
17

18 Pfizer Inc, et al.,

19                      Defendants.

20

21
   Come now the Plaintiffs, Hattie Agnew, Billie Barlow, Mary Cobabe, Arthur Essary, Chuck
22
   Estro, Linda Fisher, Beverly Gebo, Pamela Gordon, Ted Hagen, Doris K. Harder, Patsy Jackson,
23
   Craig Locher, Samuel Turner, Jessie Pratt, Lorraine Morrison-Hill for Charles Hill, Karin Joy for
24
   Hubert Joy, Jr., Janet Lemee for Mildred Nelson, and Dale Coyle for Thomas Dean in the above-
25
   entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal
26
   Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**
27
   **prejudice** as to the plaintiffs named herein only with each side bearing its own
28
                                       -1-

                   STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  attorneys' fees and costs.

2

3

4  DATED: Feb 21, 2010        By: _____

5
                                  **GIRARDI | KEESE**
6                                 1126 Wilshire Boulevard
                                  Los Angeles, California 90017
7                                 Telephone (213) 977-0211
                                  Facsimile: (213) 481-1554
8
                                  *Attorneys for Plaintiffs*
9

10  DATED: Feb. 25, 2010        By: _____

11
                                  **DLA PIPER LLP (US)**
12                                1251 Avenue of the Americas
                                  New York, New York 10020
13                                Telephone: 212-335-4500
                                  Facsimile: 212-335-4501
14
                                  *Defendants' Liaison Counsel*
15

16

17
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
18  **IT IS SO ORDERED.**

19

20  Dated: APR − 5 2010        _____
                               Hon. Charles R. Breyer
21                             United States District Court

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**